# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**I HEREBY COMMUTE** the total sentence of confinement that each of the following named persons is now serving, to expire on **December 22, 2024**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all of its conditions and all other components of each respective sentence. Nothing in this grant of clemency should be presumed to interfere with, or supersede, the Bureau of Prisons' authority to oversee each person's confinement, pursuant to the terms set forth in this grant of clemency. Each person shall remain subject to all ordinary disciplinary rules. The following persons are recipients of this grant of clemency:

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| ANTWON ABBOTT | 16383-028 | RAY AGUILLARD | 05451-095 |
| RLS AR ABDUL AZIZ | 02438-095 | ALBERTO AGUIRRE | 68408-079 |
| EDWARD ABELL III | 00566-138 | CHELSEY AGUIRRI | 57387-177 |
| ANTHONY ABREU-MATOS | 44903-069 | TOYOSI ALATISHE | 63492-037 |
| FAYEZ ABU-AISH | 67402-018 | DENNIS ALBA | 89560-012 |
| JOSE ABUNDIZ | 11828-085 | BRIAN ALCORTA | 44752-380 |
| JORGE ACEVEDO | 04413-028 | MAHMOUD ALDISSI | 60832-018 |
| MARK ACKERMAN | 30428-047 | ROBERT ALDRIDGE | 00195-120 |
| SETH ACOSTA | 47417-177 | ANTHONY ALFARO | 22710-026 |
| FELIX ACOSTA | 78804-198 | MUHAMMAD ALI | 42233-379 |
| KARA ADAMS | 61718-019 | NAGY ALI | 13500-479 |
| JOHN ADAMS | 17769-029 | ASIF ALI | 57844-177 |
| LONZINE ADAMS | 39134-018 | MICHAEL ALLEN | 14822-042 |
| DARRYL ADAMS | 32351-009 | DEVORD ALLEN | 05097-041 |
| HERMAN ADAMS | 03791-480 | KRISTIE ALLEN | 18933-023 |
| ADEMOLA ADEBAYO | 17711-104 | BENJAMIN ALLMON | 17008-029 |
| AYODELE ADENIRAN | 78249-054 | KAHEIM ALLUMS | 78040-054 |
| PAMELA ADENUGA | 45171-177 | GUMARO ALMANZA | 57815-380 |
| SHELINDER AGGARWAL | 34768-001 | JORGE ALOMAR-BAELLO | 74170-053 |
| MANUEL AGUILAR | 26463-009 | WILLIAM ALONZO | 51061-039 |
| RAMON AGUILAR III | 50500-177 | JAMES ALTOM | 27680-045 |
| VINCENTER JIMENES | 19899-026 | JUAN ALVAREZ | 18027-097 |
| | | CARLOS AMADOR | 64899-279 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| FRANK AMODEO | 48883-019 | RYAN BAIRD | 15870-028 |
| ROBERT ANDERSON | 14686-076 | ULYSEE BAKER JR | 56979-083 |
| ROBERT ANDERSON | 09350-021 | BRIAN BALLANGEE | 11907-033 |
| THOMAS ANDERSON JR | 41952-044 | JOHN BANKS | 15023-075 |
| MELVIN ANDERSON | 32689-074 | KIMBERLY BANKS | 96188-020 |
| JULIE ANDRADE | 75726-112 | JEFFREY BANKS | 78927-083 |
| MARK ANDREOTTI | 67620-050 | FRAENCHOT BANKS | 15638-041 |
| WILFREDO ANDUJAR | 23432-058 | ANDRE BARBARY | 97866-004 |
| ANTONIO ESCOBAR | 29230-479 | EVIZAEL BARBOSA-DELGADO | 76036-066 |
| CHRISTOPHER ANZALONE | 06975-104 | RUBEN BARCELO-SEVERINO | 63353-018 |
| JOSE APONTE | 71104-050 | COY BARKER | 22321-078 |
| CLYDE APPERSON | 14058-031 | HAROLD BARNETT | 15762-033 |
| ROY APPLEWHITE | 13755-040 | YESENIA BARRAGAN | 80567-298 |
| DWAYNE APPLING | 12383-273 | JOSE BARRERA | 28336-078 |
| ALVARO ARGUELLES | 36944-479 | JOSE BARRERAS | 15114-028 |
| MINEL ARIAS | 85794-054 | ONEIL BARRETT | 57578-298 |
| GABRIEL ARIAS MADURO | 16089-104 | PHILIP BARRY | 77573-053 |
| RICHARD ARLEDGE | 16769-078 | DION BARTLETT | 51593-083 |
| GENNY ARMENTA | 54202-177 | KURT BARTON | 71720-280 |
| TRACY ARNOLD | 52198-074 | RAMIRO BASALDUA | 64458-079 |
| ERIC ARNOLD | 45771-074 | HARVEY BASS | 55769-018 |
| BERNARD ARRE | 04052-029 | SHALLIN BAST | 22296-040 |
| BENJAMIN ARZOLA | 27539-050 | PATRICK BATES | 33795-058 |
| JAMES ASKEW III | 27100-001 | DERRICK BEALS | 04143-043 |
| NICHOLAS AUDETTE | 72060-018 | CARLOS BECERRA | 16447-179 |
| CARLOS AVANT | 22833-076 | LYDIA BECK | 71137-019 |
| ANGELA AVETISYAN | 68350-112 | DONALD BECK | 29104-057 |
| ERICA AYALA | 49030-177 | EDDIE BECKHAM | 34320-058 |
| ISMAEL AYALA | 42295-018 | TODD BEHRENDS | 22602-047 |
| FRANK BADILLA JR | 43595-480 | ANTHONY BELL | 26231-013 |
| ALCIDES BAEZ | 37504-004 | JEAN BENITEZ-REYES | 52753-069 |
| JACKIE BAGLEY | 63477-037 | AUNDEL BENOIT | 36312-004 |
| SANDRA BAILEY | 27281-076 | SHANNON BENTLEY | 71366-018 |
| JAMES BAILEY | 05406-010 | LARRY BENTLEY JR | 24069-044 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| LEON BENZER | 47521-048 | PAUL BOWMAN | 53747-074 |
| MARC BERCOON | 66081-019 | MICHAEL BOWMAN | 19060-084 |
| ROGER BERGMAN | 04825-104 | VERNON BOWSER | 14524-074 |
| CARLOS BASTARD | 72419-054 | CHRISTOPHER BOX | 22026-084 |
| AUSTIN BERTCH | 14003-029 | QUINBY BOYD | 30446-058 |
| CORDARRYL BETTON | 21389-043 | WILLIAM BOYLAND JR | 79751-053 |
| ANTONIO BEVERLY | 02712-104 | KENNETH BRADLEY | 09488-021 |
| TRACY BIAS | 70248-061 | MACK BRADLEY | 08073-043 |
| DAVID BILES | 40371-074 | WILLIAM BRADLEY | 87078-054 |
| MICHAEL BINDAY | 66389-054 | BENJAMIN BRADLEY | 50878-039 |
| MICKEY BIRGE | 10240-028 | JUSTIN BRANON | 89595-408 |
| DOYLE BIVENS | 40031-074 | DONALD BRELJE | 09657-041 |
| KIMBERLY BLACK-MCCORMICK | 26518-045 | MATTHEW BREMOND | 20559-006 |
| KEVIN BLALOCK | 42597-074 | STEVEN BREWER | 24281-077 |
| JAMES BLANTON | 50960-509 | TREAVOR BRIGGS | 32708-009 |
| ANIS BLEMUR | 19380-104 | SHAMICHAEL BRIGHT | 14688-035 |
| KEVIN BLEVINS | 32128-177 | MITCHELL BROOKS | 24135-016 |
| ERIC BLOOM | 44727-424 | ANDREA BROOKS | 28601-380 |
| JOHN BLOUNT | 17880-035 | TERRICIOUS BROOKS | 54557-056 |
| KENDALL BLUE | 55802-056 | SHELLE BROOKS | 04027-029 |
| VILAWOE BOADU | 76454-408 | DONALD BROOMFIELD | 61304-018 |
| ANDREW BOGDANOFF | 68251-066 | BOBBIE BROWN | 40453-424 |
| ANASTASSIA BOGOMOLOVA | 60833-018 | ATARI BROWN | 54681-039 |
| LASHAUN BOLTON | 30504-057 | JERMAINE BROWN | 62269-019 |
| AMANDA BONEL | 22810-078 | KEVIN BROWN | 32427-016 |
| RICARDO BONILLA-ROJAS | 40498-069 | JB BROWN JR | 19409-026 |
| CHRISTOPHER BOOTH | 07502-043 | EDDIE BROWN | 06900-063 |
| LISA BOOTON | 30658-047 | DARRYL BROWN | 46329-074 |
| RANDALL BOSTIC | 42523-074 | ISAAC BROWN | 33651-058 |
| SYLVESTER BOSTON JR | 50221-039 | TRAMAINE BROWN | 91240-053 |
| ROBERT BOSTON | 33525-058 | JAMES BROWN | 31677-171 |
| ALICIA BOULDIN | 58421-177 | TERESA BROWN | 22766-045 |
| AUDRA BOWDEN | 50705-177 | JONATHAN BRUMBACK | 22506-031 |
| MELVIN BOWEN | 19666-078 | TORRIE BRUMFIELD | 32473-034 |
|  |  | ROCKY BRUMMETT | 12354-032 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| MICHAEL BRUNER | 17984-032 | JAMES CARLSON | 16784-041 |
| MICHAEL BRYANT | 54559-004 | ALLEN CARNES | 02783-061 |
| GREGORY BUCK | 26568-081 | TERRELL CARNEY | 33927-034 |
| TAMATHA BUCKHOLT | 63353-280 | LUSHAWN CAROLINA | 58659-083 |
| KEVIN BUI | 26874-017 | KELLI CARON | 13604-059 |
| DENNIS BUNCH | 78044-083 | HORRIS CARPENTER | 27422-076 |
| JOHN BURGESS | 59495-177 | PEDRO CARRASCO JR | 07532-046 |
| JAMES BURKHART | 15426-028 | CARMELO CARRASQUILLO-LOPEZ | 53078-069 |
| PAUL BURKS | 29723-058 | JIMMY CARRASQUILLO-RODRIGUEZ | 33484-069 |
| ALEKSANDR BURMAN | 50234-054 | | |
| VICTOR BURNETT | 54977-039 | JOSE CARRILLO | 62730-080 |
| ANTHONY BURNETT | 16708-028 | CLIFFORD CARROLL | 13905-104 |
| PIERRE BURNETT | 15146-028 | DEWEY CARROLL | 50232-037 |
| LAMEL BURNS | 42334-424 | RASHAUN CARTER | 21884-084 |
| SIRRICO BURNSIDE | 24037-171 | ERIK CARTER | 51330-039 |
| NATHANIEL BURRELL III | 71431-066 | MAURICE CARTER | 97740-020 |
| REBECCA BURRESS | 30393-074 | JOSEPH CARTER | 16691-075 |
| KERI BURROUGHS | 14152-010 | RANDY CARVER | 53579-074 |
| CRYSTAL BUSBY-TETZLAFF | 08770-046 | JAMES CARVER | 25084-014 |
| | | MELISSA CASEY | 48834-074 |
| ANTONIO BUSSIE | 66847-019 | SHARLENE CASH | 33128-064 |
| RUBEN BUSTOS | 47273-380 | NORMA CASILLAS | 52244-179 |
| DANNY BUTLER | 19107-033 | VLADIMIR CASTANEDA | 62039-018 |
| SHAWN BUTLER | 83619-083 | ROLAND CASTELLANOS | 62970-019 |
| JOHN BUTLER JR | 20040-018 | RONALD CASTILLE JR | 63882-280 |
| MICHAEL BYERS | 34932-058 | DANNY CASTILLO | 26164-014 |
| ERNESTO CABANAS-TORRES | 59340-408 | NELVING CASTRO | 69551-066 |
| YERITHZA CABAUATAN | 64824-298 | DESHON CATCHINGS | 47363-039 |
| LYNN CADY | 55388-380 | JOSE MORA CATES | 17496-028 |
| BRIAN CALLAHAN | 82618-053 | DWELLY CAULEY | 69830-004 |
| THOMAS CAMBIANO | 28886-031 | SEUI CAVAN | 08947-030 |
| PIO CAMPOS | 09314-089 | PEDRO CAVAZOS JR | 52624-080 |
| ROSETTA CANNATA | 62780-018 | OSVALDO CEBALLO | 01241-104 |
| XAVIER CARDONA | 36123-380 | RAFAEL CEBALLOS-CASTILLO | 06988-028 |
| LUIS CARIBE-GARCIA | 16113-069 | | |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| DOMINGO CEDANO-MARTINEZ | 59126-177 | NICHOLAS COLLINS | 26482-034 |
| ISRAEL CEDENO-MARTINEZ | 66258-050 | MARLON COLLINS | 05871-041 |
| | | RUSSELL COLLINS | 05959-032 |
| ROMAN CHAIDEZ-ALVAREZ | 17137-424 | LEON COMBS | 07917-032 |
| AMANDA CHAMBERLAIN | 54101-177 | MICHAEL CONAHAN | 15009-067 |
| SHAUNTEL CHAMBERS | 17381-027 | BRUCE CONANT | 25387-045 |
| KAWANA CHAMPION | 71021-019 | HUMBERTO CONCEPCION-ANDRADES | 50411-069 |
| NIGEL CHANDLER | 32455-177 | | |
| JAMES CHANEY | 17746-032 | KARIN CONDON | 08979-059 |
| DONNIE CHASTAIN | 60461-019 | RAYMOND CONLEY | 11368-035 |
| LIZA CHAVERA | 84866-380 | NOEL CONTRERAS | 89187-008 |
| JOSE CHAVEZ | 07920-027 | VANESSA COOPER | 58397-018 |
| CARLOS CHAVEZ-LOZANO | 08285-063 | DEWAYNE COOPER | 24919-034 |
| | | CHERIE COPELAND | 34593-045 |
| JUAN CHAVIRA-GUERRERO | 26392-078 | BRYAN COPELAND | 55708-018 |
| MARCUS CISNEROS | 55251-177 | JOSEPH COPELAND | 16683-089 |
| XAVIER CISNEROS | 87026-280 | CHAYANEE CORCINO-SERRANO | 52234-069 |
| EMMA CLARK | 27724-078 | MATTHEW CORDERO | 09956-087 |
| BERNARD CLARK | 27715-171 | RAFAEL CORDERO | 68437-066 |
| ROBERT CLARK JR | 10732-078 | JARVOR COSSE | 37473-034 |
| NEIL CLARK | 06923-032 | JACORY COULTER | 28564-078 |
| KASIMU CLARK | 49960-066 | CLARENCE COUNTERMAN | 58238-380 |
| GEORGE CLARKE | 24708-052 | | |
| NORMA CLAUDIO | 01722-138 | HENDRICK COUSAR | 23407-171 |
| TIMOTHY CLINE | 08718-062 | DONALD COX JR | 49022-177 |
| BRADLEY CLOUGH | 12318-028 | GARRY CRAIGHEAD | 62952-380 |
| MARIAN CLUFF | 92132-379 | ZAN CRANDALL JR | 17023-003 |
| MIKE COFFELT | 42779-074 | WILLIAM CRANE | 31603-001 |
| GAYBBRELL COFIELD | 53224-056 | QUANTEZ CRIBBS | 10735-029 |
| CLARENCE COHEN | 43732-039 | RACHEL CROWE | 14291-509 |
| DALE COLBERT | 63077-112 | KACEY CROXTON | 54049-177 |
| KEVIN COLEMAN | 30836-076 | RITA CRUNDWELL | 44540-424 |
| KEITH COLEMAN | 09587-021 | RICHARD CRUZ | 70012-054 |
| VLADIMIR COLLAZO-FLORIDO | 13775-069 | ANNA CUARTAS | 15923-104 |
| | | CHAD CURRY | 00527-120 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| JONATHAN CURSHEN | 90293-054 | RAFAEL DIAZ-ALICEA | 63755-018 |
| SALAH DADO | 45816-039 | ALAN DIAZ-FELICIANO | 50584-069 |
| COURTNEY DAILY | 25700-075 | JOSE DIAZ-MEDINA | 16909-069 |
| AUGUSTIN DALUSMA | 71080-018 | JERRY DICE | 18137-026 |
| AARON DAN | 94757-022 | CLINTON DICKERSON | 10113-078 |
| MELVIN DANIELS | 32900-171 | EARLIE DICKERSON | 08369-380 |
| ETHEL DANIELS | 66014-019 | JON DIRK DICKERSON | 24921-045 |
| JAMIE DARBY | 16934-002 | WALTER DIGGLES | 25054-078 |
| VIKRAM DATTA | 64542-054 | EDWARD DIMARIA | 16900-104 |
| PAUL DAUGERDAS | 62444-054 | NATHANIEL DIXSON | 16028-028 |
| KENDRICK DAVENPORT | 14089-179 | KRISANDREA DOBBS | 56495-177 |
| ARNULFO DAVILA | 32490-177 | JUAN DOMINGUEZ | 76727-004 |
| ERIC DAVIS | 31339-044 | FELICIA DONALD | 94272-083 |
| AMANDA DAVIS | 52217-074 | LAMON DONNELL | 16879-078 |
| MICHAEL DAVIS | 55247-060 | RONALD DOTSON | 52832-074 |
| MARTEE DAVIS | 31634-001 | DARREN DOUGLAS | 16921-047 |
| LISA DAVIS | 14202-029 | RICK DOWDEN | 09130-028 |
| KOBIE DAVIS | 17745-026 | JACK DOWELL | 05225-017 |
| PIERRE DAWSON | 20863-424 | WILLIAM DOWNS | 11865-033 |
| FEDERICO DE LA CRUZ | 08369-379 | ROBERTA DRAHEIM | 11325-090 |
| MERCEDES DE LA PAZ | 65423-298 | MARC DREIER | 70595-054 |
| DAVID DE LOS SANTOS | 49817-177 | GORDON DRIVER | 47270-048 |
| NICHOLAS DEANGELIS | 71691-004 | JOHN DRULLINGER JR | 50200-177 |
| CHRISTINE DELACRUZ | 20753-006 | PHOUMANO DUANGTAVILAY | 27955-055 |
| GERARDO DELBOSQUE | 16494-078 | JOHN DUBOR | 28044-479 |
| OSCAR DELGADILLO | 88249-479 | CORRIE DUDLEY | 28056-045 |
| VINCENT DELGADO | 27854-039 | JADE DUGAN | 17343-273 |
| RODNEY DELOACH | 04816-061 | CHAD DUNAWAY | 15039-078 |
| DAVID DEMATHEWS | 11256-112 | BRUCE DUNKELBURGER | 97329-020 |
| DONNA DEMPS | 66889-018 | TOMMY DUONG | 21598-017 |
| GUY DERILUS | 94425-004 | BARBARA DUPREY RIVERA | 69394-018 |
| ANITA DESORMEAUX | 17404-035 | RANDY DURAN | 55401-177 |
| EDUARDO DIAZ | 31301-045 | WILLIAM DYER | 52295-074 |
| RICARDO DIAZ | 79173-479 | GERARD EASILEY | 71989-279 |
| HECTOR DIAZ JR | 04822-508 | | |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| MELODIE ECKLAND | 52863-509 | JOHANNY FELICIANO-GONZALEZ | 50771-069 |
| ROBERT EDWARDS | 55683-018 | FRANCISCO FELIX | 65558-208 |
| VERNON EDWARDS | 28300-171 | HERIBERTO FELIX RUIZ | 31715-009 |
| BENJAMIN EDWARDS SR | 31320-034 | MELVIN FELIZ | 16314-054 |
| VICTOR EHLERS | 25357-052 | SELICA FENDER | 16834-059 |
| GARY EISEMAN | 13633-059 | BRYAN FERRER-VAZQUEZ | 27465-055 |
| MATTHEW ELDER | 17041-408 | TERI FIEDLER | 46285-044 |
| VIOLET ELDRIDGE | 57294-019 | STEPHEN FIELDS | 80657-083 |
| MICHAEL ELLIOTT JR | 18076-030 | JESUS FIGUEROA | 01197-138 |
| RYAN ELLIS | 07971-036 | ROLANDO FIGUEROA | 62539-018 |
| DARIEN ELLSWORTH-DAWAY | 71967-066 | DANIEL FILLERUP | 25270-052 |
| RUDOLPH ENGEL | 08084-059 | DERRICK FINCHER | 20128-085 |
| JOSEPH ENOX | 41328-177 | STEVEN FINKLER | 39327-053 |
| ERIC EPSTEIN | 16513-104 | NORRIS FISHER | 41251-177 |
| JUSTIN ERWIN | 26283-058 | JENNA FITZHUGH-THOMAS | 36732-034 |
| CHRISTOPHER ERWIN | 63427-050 | TIMOTHY FITZPATRICK | 24140-055 |
| CINTHIA ESCOBAR-RAMOS | 50975-069 | FABIAN FLEIFEL | 57575-018 |
| ALFONSO ESPARZA | 75902-097 | TERRY FLENORY | 32454-044 |
| HAROLD ESQUILIN-MONTANEZ | 49768-069 | PATRICK FLORANG | 09860-029 |
| EDUARDO ESTERAS-ROSADO | 47753-069 | GUSTAVO FLORES | 91742-051 |
| MICHELLE ESTEVEZ | 55439-066 | MARGARITO FLORES | 41922-080 |
| ENRIQUE ESTRADA | 76531-112 | SHIRLEY FLORES | 83175-179 |
| DANIEL EVANS | 43012-044 | ALEXIS FONTANEZ NIEVES | 66943-018 |
| RONALD EVANS SR | 31084-018 | DAMON FORBES | 49337-019 |
| TERRY EVELAND | 15669-028 | WILLIAM FORD | 11612-002 |
| BRENDA EVERSOLE | 16161-032 | KEITH FORD | 67064-018 |
| DAITWAUN FAIR | 25880-052 | NIGEL FORDE | 91548-083 |
| EDWARD FARLEY | 61330-019 | MARSHALL FOSKEY | 94169-020 |
| DAVID FARNSWORTH | 16241-059 | BRIAN FOSTER | 59970-019 |
| AVION FARR | 31852-009 | NATHAN FOSTER | 17583-002 |
| ANTWONE FARRAL | 13864-028 | JOSHUA FOUNTAIN | 05960-017 |
| RONALD FAULK JR | 43628-054 | MELISSA FOX | 20767-045 |
| ROOSEVELT FAZ | 85345-079 | DAVID FRANCIS | 38679-068 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| MONICA FRAZEE | 68730-298 | COURTLAND GETTEL | 60857-298 |
| DEXTER FRAZIER | 71019-019 | ADAM GETTS | 17474-027 |
| BOBBY FROMAN | 38833-177 | DENNIS GIBBONS JR | 47362-074 |
| JERRY FRUIT | 53517-054 | LC GILLS JR | 30067-076 |
| JAMES FRY | 15927-041 | GEOFFREY GISH | 62152-019 |
| PEGGY FULFORD | 37001-034 | BYRON GLOVER | 27413-034 |
| KATHY FUNTILA | 06000-122 | ALEXIO GOBERN | 15002-057 |
| CALVIN FURLOW | 60885-019 | JAJUAN GODSEY | 43961-060 |
| ANTONIO GADDIST | 28288-171 | TISHA GOFF | 54112-074 |
| KRYSTA GAINES | 54427-177 | CARL GOLDEN | 04099-095 |
| WILLIAM GALLION | 11492-032 | WILLIAM GOLDSTEIN | 66083-019 |
| FREDERICK GANG | 72630-054 | JAMIE GOLLADAY | 71142-097 |
| DANIELS GARCES | 28327-078 | SOTERO GOMEZ | 91525-054 |
| REYNALDO GARCIA | 29332-479 | LIDERRICK GOMEZ | 33532-171 |
| JACQUELINE GARCIA | 12667-091 | BRYAN GOMEZ NEVAREZ | 70388-018 |
| GABRIEL GARCIA | 28966-180 | RANDY GOMILLA | 14460-025 |
| AMBAR GARCIA | 57152-380 | DANEL GONZALEZ | 49687-069 |
| MANUEL GARCIA ZUNIGA | 18857-030 | ISAAC GONZALEZ | 56372-177 |
| DENNIS GARCIA-CATALAN | 56897-177 | JOSE GONZALEZ | 00727-138 |
| NEYDIE GARCIA-PEREZ | 20096-479 | MARTHA GONZALEZ | 56710-177 |
| NOEL GARCIA-RIVERA | 23164-069 | MARCOS GONZALEZ | 86617-054 |
| MERRILL GARDNER | 13729-046 | NORMA GONZALEZ | 94484-380 |
| JODY GARDNER | 12401-104 | DAVID GONZALEZ-PEREZ | 35448-069 |
| RAMON GARIBAY | 42552-280 | ROBERT GOOD | 32794-068 |
| VICKI GARLAND | 65459-112 | STEVEN GOODMAN | 27355-009 |
| RICHARD GARRETT | 43830-112 | WILLIAM GOODWILL | 14116-026 |
| BABY GARRISON | 22813-021 | CLARENCE GOODWIN | 42129-074 |
| TREMAINE GARRISON | 67131-054 | CLINTON GOSWICK | 33728-177 |
| KEVIN GARVIN | 63886-019 | GEORGE GRACE SR | 05652-095 |
| JAMES GARY | 08922-379 | DAMON GRAHAM | 13787-014 |
| HUMBERTO GARZA | 80485-079 | DANIELLE GRAVES | 17929-030 |
| JEREMY GASAWAY | 10910-028 | MARCEL GRAVES | 20408-043 |
| AMBER GAUCH | 55287-177 | LARRY GRAVES | 35377-408 |
| ALFRED GEREBIZZA | 63188-019 | ANDREA GRAY | 15761-076 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| SHERRY GRAY | 05057-088 | BRANDON HARDERS | 17362-029 |
| JOHN GRAY | 33954-058 | DAVID HARDY | 14486-078 |
| SHAWN GREEN | 31359-171 | CYNTHIA HARLAN | 63290-018 |
| HENRY GREEN JR | 42575-074 | MELISSA HARLESS | 20400-084 |
| JAMIE GREEN | 26213-078 | CHRISTOPHER HARLESS | 68123-280 |
| DAVID GREENBERG | 59059-053 | DANNY HARMON | 10089-028 |
| CHARLES GREESON | 60784-019 | JOSHUA HARNED | 32207-001 |
| RODRICK GRIMES | 05892-078 | SANDRA HARO | 13202-479 |
| MICHAEL GROVE | 07811-002 | JAMES HARPER | 33908-171 |
| JAMES GUERRA | 36611-001 | CHARLES HARRIS | 42637-379 |
| CLOYD GUILLORY | 25713-479 | DONTAI HARRIS | 70182-018 |
| TREMAYNE GUIN | 64374-060 | VICTORIA HARRIS | 09002-025 |
| JEFFREY GUNSELMAN | 01056-380 | BOBBY HARRIS | 46169-177 |
| SAVANNAH GUTHERY | 31479-064 | JIMMY HARTLEY | 06148-028 |
| FRANK GUTIERREZ | 07626-051 | MALCOLM HARTZOG | 02391-043 |
| SANTOS GUTIERREZ | 60107-097 | LAMONT HARVEY | 51237-039 |
| MARC GUYTON | 32201-034 | JOHNNY HATCHER | 31418-074 |
| ERIC GUZMAN | 72056-050 | LARRY HAWKINS | 16918-077 |
| LEGUSTER HACKWORTH III | 34685-001 | WOODROW HAYES | 12732-035 |
| ANDREW HAIR | 54106-056 | JAMAL HAYNES | 25575-017 |
| DAMON HAIRSTON | 17753-027 | WILLIAM HEARN | 17282-003 |
| JAMES HALD | 17170-047 | STEVEN HEBERT | 30953-034 |
| HENRY HALL | 35370-016 | ROBERTO HECKSCHER | 14400-111 |
| KRIS HALL | 08407-063 | KATHRYN HELLEN | 21895-040 |
| HARRISON HALL | 47294-424 | ROBERT HELM | 23180-047 |
| JANET HALLAHAN | 11744-026 | SHAQUAN HEMINGWAY | 02815-509 |
| FRANZ HAMBRICK | 16770-179 | JEROME HENNESSEY | 21756-041 |
| FRANK HAMILTON | 34162-171 | JOHN HENOUD | 25198-083 |
| LESLIE HAMILTON | 07068-089 | WENDI HENRY | 43511-074 |
| BUCK HAMMERS | 08202-063 | KYLE HENSON | 20303-076 |
| JOHN HANCOCK | 14341-078 | MARCELA HEREDIA | 76424-097 |
| ASHLEY HANNA | 28294-078 | MICHAEL HERMAN | 75169-067 |
| HUNTER HANSON | 17369-059 | ERNEST HERNANDEZ | 32005-479 |
| PETER HANSON | 03640-041 | PAUL HERNANDEZ SR | 46860-177 |
| AARON HARBOR | 49351-177 | SIRIA HERNANDEZ | 14847-104 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| JOHNNY HERNANDEZ | 52595-280 | WAYNE HOLROYD | 10096-007 |
| MARCOS HERNANDEZ | 07452-078 | DAVID HOLT | 50520-177 |
| LEONARD HERNANDEZ | 91393-380 | TIMOTHY HOLT | 52097-074 |
| GUILLERMO HERNANDEZ | 16555-078 | JON HOLT | 12172-041 |
| RICK HERRERA | 59037-177 | JACLYN HOOKER | 48726-177 |
| PEDRO HERRERA | 51600-177 | RALPH HOOPER | 77365-054 |
| NELLY HERRERA | 47398-008 | MICHAEL HORN | 28838-177 |
| ALEXANDER HEYING | 17863-041 | WILLIAM HORTON JR | 66940-479 |
| RAYMOND HIBBERT | 70563-066 | JOHN HOSKINS | 17570-032 |
| JERRY HICKS | 27657-078 | GEORGE HOUSER | 60799-019 |
| JAMES HILL | 06343-088 | GEORGE HOUSTON | 16032-018 |
| BRANDON HILL | 52282-074 | JAMES HOWARD III | 04067-017 |
| JOHNNIE HILL | 83187-083 | FRED HOWARD | 07757-089 |
| AMY HILL | 68340-479 | GILBERT HOWARD | 12704-032 |
| PHILLIP HILL | 56433-019 | SHELDON HOWARD | 92565-083 |
| TIMOTHY HILLIARD | 43262-424 | STEPHAN HOWARD | 16912-027 |
| TERRANCE HILTON | 09034-095 | MICHEL HUARTE | 82411-004 |
| TED HILTON SR | 33634-045 | MARC HUBBARD | 11465-058 |
| WILLIAM HILTS | 24063-052 | CHARLES HUBBARD | 69949-019 |
| SIDNEY HINES | 11120-030 | KENNETH HUBBARD | 10119-043 |
| CLAUDIA HIRMER | 07035-017 | MARVIN HUDGINS | 47239-039 |
| MARK HOBBY | 49441-019 | SANCHEZ HUDSON | 23300-058 |
| TERENCE HODGE | 32479-171 | RANDY HUERTA | 20418-380 |
| DERRICK HODGE | 42709-074 | JAMES HUFF | 35783-044 |
| THOMAS HOEY JR | 92147-054 | WILLIAM HUFFMAN | 49016-177 |
| RICO HOGAN | 48458-044 | DARWIN HUGGANS | 34513-044 |
| STEPHANIE HOLBROOK | 17997-029 | TORREAN HUGHLEY | 29902-031 |
| BRIAN HOLLAND | 57325-177 | RAVON HUMPHREY | 51358-039 |
| EDWARD HOLLIMAN | 79670-054 | TINA HUNT | 17225-035 |
| MARCUS HOLLIMAN | 65049-019 | ALEXIS HUNTER | 39141-177 |
| BERNARD HOLLINGER JR | 95775-020 | CHRISTOPHER HUNTER | 44200-061 |
| CHARLES HOLLIS JR | 97818-020 | BOBBY HUNTER | 16007-028 |
| SAMUEL HOLLOMAN | 30964-057 | MOHAMED HUSSEIN | 22362-041 |
| LAWRENCE HOLMAN | 28077-018 | MATTHEW HUTCHESON | 14620-023 |
| KEITH HOLMES | 00224-509 | NORMA IBARRA CANTU | 94793-380 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| DANA ICE | 36314-180 | WALTER JOHNS | 37369-019 |
| JESSICA IDLETT | 56827-177 | PATRICK JOHNS | 20366-043 |
| JESUS IGLESIAS | 91860-280 | COURTNEY JOHNSON | 72960-019 |
| GODREY ILONZO | 63976-019 | DORIAN JOHNSON | 43811-074 |
| LESLIE INMAN | 85901-379 | CORDELL JOHNSON | 19770-035 |
| REGINALD IRBY | 69457-066 | TIMMY JOHNSON | 35692-044 |
| CARLOS ISBY | 24743-009 | TIMOTHY JOHNSON JR | 14568-479 |
| AMER JABIR | 17294-424 | RONALD JOHNSON | 20761-041 |
| REGGIE JACKSON | 45833-039 | MICHAEL JOHNSON | 13861-028 |
| HOWARD JACKSON | 54870-039 | GEORGE JOHNSON | 78855-083 |
| CHARLES JACKSON | 29263-009 | DEMETRIS JOHNSON | 19482-033 |
| TOMMY JACKSON | 21198-017 | DAJANAE JOHNSON | 21347-043 |
| DANNY JACKSON | 39094-068 | KELLY JOHNSON | 60777-066 |
| FREDERICK JACKSON SR | 47796-039 | CALVIN JOHNSON | 61977-066 |
| TIMOTHY JACKSON | 20364-043 | AARON JOHNSON | 66942-066 |
| THERESA JACKSON | 08478-045 | WILLIE JOHNSON | 12498-002 |
| CHRISTOPHER JACKSON | 47079-074 | MONYET JOHNSON | 20376-043 |
| DAVID JACKSON | 08547-068 | JAMES JOHNSON | 52164-074 |
| IKEISHA JACOBS | 59274-056 | ADAM JOINER | 78587-112 |
| JOSEPH DEE JACOBS | 27752-171 | JUSTIN JONES | 29162-179 |
| MICHAEL JACOBS | 65325-056 | MARCOS JONES | 18114-043 |
| RAYMOND JACQUES III | 17726-002 | NATHANIEL JONES | 43718-037 |
| CELSO JAIMES-MEDERO | 48891-177 | TRAVELL JONES | 18500-104 |
| DEVINCIO JAMES | 27775-055 | CURTIS JONES | 55887-019 |
| KENNETH JAMES | 10402-002 | MATTHEW JONES | 24662-083 |
| TAMMY JANICEK | 54253-177 | RONALD JONES | 25678-044 |
| MARVIN JANKEE | 27728-058 | STEVEN JONES | 30269-048 |
| LINDA JARAMILLO | 06021-081 | ANTWAN JONES | 40833-424 |
| JUAN JASSO | 59988-018 | RAYMOND JONES | 11681-067 |
| ROBERT JAYNES JR | 12376-028 | BOBBY JUSTICE | 09715-032 |
| EDWARD JEFFERSON | 20644-045 | STEVIE JUSTUS | 15652-084 |
| COLIN JENKINS | 71907-279 | CARL KAZANOWSKI | 04953-122 |
| SHARON JESSEE | 53734-074 | EMMANUEL KAZEEM | 76888-065 |
| MIGUEL JIMENEZ | 18429-180 | MEAGAN KEEL | 03518-480 |
| MORRIS JOHNS | 72464-280 | BILLY KEEN | 18754-084 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| DEANGELO KEITH | 63306-037 | KENDRICK LATHAM | 05325-025 |
| ERIC KELLEMS | 10236-025 | ANDREW LAVIGNE | 26043-052 |
| BARBARA KELLEY | 16731-028 | MARTIN LAWRENCE | 06277-029 |
| SAMUEL KELLY | 03219-112 | STEPHANIE LAZA | 54307-177 |
| JACK KELLY | 04481-017 | ANTHONY LE | 17627-003 |
| JEROME KELLY | 30467-068 | HECTOR LEDESMA-CARMONA | 53542-069 |
| DARRON KENNEDY | 27994-078 | RODOLFO LEDEZMA-HERRERA | 60548-179 |
| DAVID KENNEY | 06513-040 | | |
| BOBBY KHABEER | 26500-009 | MARLON LEE | 06645-068 |
| ANGELA KILPATRICK | 16777-003 | JOVON LEE | 64333-037 |
| ISSAC KING | 16744-104 | NICOLE LEEDY | 49891-177 |
| RODNEY KING | 03025-029 | MIGUEL LEGARDA URRUTIA | 08707-027 |
| MATHEW KINNEER | 18282-030 | | |
| PERETZ KLEIN | 86086-054 | MICHAEL LENTSCH | 41789-044 |
| DAVID KLINE | 21297-041 | JOSEPH LEONARD | 56345-056 |
| RICHARD KNEE SR | 18153-026 | SANTO LEONE | 27152-379 |
| DELORES KNIGHT | 61056-060 | NICOLE LESCARBEAU | 01164-138 |
| DARYL KNOTTS | 15336-509 | DAVID LEWALSKI | 64121-054 |
| MATTHEW KOLODESH | 67829-066 | LISA LEWIS | 12954-089 |
| ANTHONY KOON | 51666-424 | MARTIN LEWIS | 13406-047 |
| CYNTHIA KOONS | 11336-029 | TORRY LEWIS | 28825-050 |
| JULIE KRONHAUS | 67738-018 | PHIL LEWIS | 22737-078 |
| MARK KUHRT | 99140-179 | JAMES LEWIS JR | 16240-179 |
| JACIE KYGER | 16921-084 | DAVID LEWISBEY | 45353-424 |
| SARKIS LABACHYAN | 29591-047 | JESSE LINARES | 06009-027 |
| DONALD LAGUARDIA | 87596-054 | TIMOTHY LINDSEY | 15723-077 |
| CHRISTOPHER LAMAR | 63731-019 | LEE LINDSEY | 28028-171 |
| KESHIA LANIER | 15355-002 | ARTIS LISBON | 61947-019 |
| AMBER LANPHEAR | 17503-046 | ANDRE LLOMPART-FILARDI | 49548-069 |
| JOSE LANTIGUA | 29934-058 | JAMES LLOYD | 60995-112 |
| JERONIMO LARA-VAZQUEZ | 60294-018 | ALEX LOCKLEAR | 56573-056 |
| RONNIE LARKINS | 09781-033 | GREGORY LOLES | 18551-014 |
| GEORGE LARSEN | 72891-097 | KATHY LOPEZ | 72202-018 |
| CLAUDIS LASSITER | 42543-037 | DALIA LOPEZ | 28144-479 |
| GIOVANNI LATERRA | 19482-104 | GILBERT LOPEZ JR | 99141-179 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| ROGELIO LOPEZ-BATISTA | 69633-066 | MARCOS MARTINEZ | 14653-002 |
| ALEXANDER LOPEZ-MONTANEZ | 49549-069 | XAVIER MARTINEZ | 76536-380 |
| FRANCISCO LOPEZ-NEGRON | 63246-050 | JOSE D MARTINEZ | 52574-054 |
| CARLOS LOPEZ-ORRIA | 50602-069 | WILLIAM MARTINEZ | 27147-016 |
| BLIA LOR | 16850-089 | RAMIRO MARTINEZ JR | 09167-479 |
| CHRISTOPHER LORICK | 57162-177 | ALFONSO MARTINEZ-HERNANDEZ | 46754-008 |
| ANTHONY LOUIS | 48400-019 | CARLOS MATEO | 67609-054 |
| NESLY LOUTE | 62888-018 | MAGGIE MATLOCK | 14351-025 |
| ELAINE LOVETT | 49530-039 | BRENT MAURSTAD | 13076-059 |
| GEORGE LOWMASTER | 32899-068 | STEPHEN MAYES | 32672-074 |
| OMAR LOZA | 09168-027 | CLARK MCALPIN | 36962-034 |
| ROBERT LUSTYIK JR | 91912-054 | RONDALE MCCANN | 16276-032 |
| ELIJAH MACK | 65368-037 | MICHAEL MCCOY | 32480-177 |
| ALONZO MACON JR | 14323-078 | ALFONZA MCCOY | 55563-056 |
| ROSALINA MADRIGALES | 11938-308 | WALLACE MCCREE III | 08752-002 |
| SERAFIN MAGALLON | 70055-097 | RICKEY MCCURRY | 18061-074 |
| DON MAIGARI | 65116-060 | ALEX MCDOWELL | 17079-043 |
| SILOMIGA MALAE | 88956-022 | GLADSTONE MCDOWELL | 12204-031 |
| JOSE MALDONADO-VILLAFANE | 49404-069 | WILLIAM MCGEE | 29299-179 |
| DANIEL MALEY | 15291-032 | MARDELL MCGEE | 31023-044 |
| AHMAD MANN | 26319-050 | TIMOTHY MCGINN | 19470-052 |
| STEPHEN MANNESS | 48609-074 | JUSTIN MCGINNIS | 90850-083 |
| MARIO MAREZ | 80440-279 | BRENDA MCGINNIS | 75816-097 |
| RICKY MARIANO | 15955-041 | TIMOTHY MCINTOSH | 70995-018 |
| KATHRYN MARKLE | 55921-177 | MICHAEL MCINTOSH | 07958-029 |
| CHRISTY MARSHALL | 54366-074 | LARRY MCKAY | 10771-173 |
| ANDRAY MARTIN | 09601-041 | GREGORY MCKNIGHT | 46755-039 |
| LISA MARTIN | 15886-028 | BRIAN MCKYE | 26802-064 |
| HERBERT MARTIN | 33656-057 | MATTHEW MCMANUS | 68250-066 |
| GARRY MARTIN | 26238-018 | DAVID MCMASTER | 11853-059 |
| KEITH MARTIN | 95629-280 | PATRELLE MCNAIR | 20907-043 |
| CHARLIE MARTIN | 03452-043 | TORRANZA MCNEAL | 00868-120 |
| GERARDO MARTINEZ | 44179-380 | MARLAN MCRAE | 14632-040 |
|  |  | JAMES MCREYNOLDS | 09820-003 |
|  |  | GINA MEDINA | 03015-093 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| WILLIAM MEDLEY | 39650-044 | JAMES MOON | 15485-022 |
| JASON MEDLYN | 57015-056 | MEGAN MOORE | 53369-074 |
| TONY MEEKS | 44256-074 | JONAIR MOORE | 36376-013 |
| HERZEL MEIRI | 91160-054 | JAMES MOORE | 19644-009 |
| RICHARD MELOCCARO | 21683-047 | BRIAN MOORE | 10903-028 |
| ROLANDO MENCHACA | 87199-280 | JOE MOORER | 58542-004 |
| MINERVA MENDEZ | 48351-177 | SAMANTHA MOORMAN | 28087-078 |
| JESSE MENDOZA | 05890-041 | DANNY MORA | 17852-280 |
| ELIZABETH MENDOZA | 96954-079 | CHRISTIAN MORALES | 15498-028 |
| ALEJANDRO MENDOZA JIMENEZ | 06615-033 | FRANK MORALES | 46352-177 |
| JEFFERY MICHELLI | 27705-034 | ERNESTO MORALES-CASTRO | 39270-069 |
| MICHAEL MIKESELL | 11834-029 | GARY MORELAND | 20283-086 |
| AMANDA MILBOURN | 46327-044 | SABRENA MORGAN | 26986-045 |
| SEYMOUR MILES | 28370-055 | RODRIGUEZ MORGAN | 63223-037 |
| HARRY MILES | 17768-112 | SONIA MORGAN | 38103-068 |
| GEORGE MILLER | 31622-076 | ASHLEY MORRIS | 52316-074 |
| STACY MILLER | 42470-074 | NATHANIEL MORRIS | 27603-045 |
| APRIL MILLER | 23761-171 | GLADSTONE MORRISON | 47993-177 |
| DAISY MILLER | 00850-104 | JACQUELINE MORRISON | 47995-177 |
| JERRY MILLER | 15165-043 | RUBIN MORROW | 75859-112 |
| JACQUELINE MILLS | 28918-009 | RICHARD MOSELEY | 31267-045 |
| GEARY MILLS | 16878-078 | MICHAEL MOSES | 82384-198 |
| ROBERT MINOR | 04582-043 | PHILISS MOSHER | 72448-097 |
| MICHAEL MINOR | 31389-034 | EDWARD MOSKOP | 09159-025 |
| SCOTT MISERENDINO SR | 84246-083 | DANNIE MOSLEY | 18619-033 |
| RUBEN MITCHELL | 10954-023 | DOUGLAS MOSS | 00806-120 |
| TOBIAS MITCHELL | 11573-039 | KRISHNA MOTE | 68377-067 |
| WILLIAM MOATES JR | 14264-010 | TAMER MOUMEN | 90928-083 |
| MICHELLE MOBLEY | 49753-177 | MATTHEW MOWERY | 26917-051 |
| MICHAELA MONCRIEF | 57905-177 | WALTER MUHAMMAD | 76406-112 |
| DANIEL MONSANTO LOPEZ | 77708-054 | ALICIA MURFIELD | 57381-177 |
| JUAN MONTALVO | 15669-479 | MICHAEL MURPHY | 15782-424 |
| ANDRE MOODY | 09230-028 | TIMOTHY MURPHY | 43267-177 |
| MARCUS MOODY | 20413-043 | JOHN MURPHY-CORDERO | 37950-069 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| DONALD MYERS | 09139-028 | UCHECHI OHANAKA | 13320-179 |
| RHONDA MYRICK | 21831-032 | PATRICK OKROI | 17044-273 |
| MIYOSHIA NANCE | 39117-177 | MASON OLSON | 17204-273 |
| ARTURO NATERA | 71460-080 | CHRISTOPHER OMIGIE | 66007-019 |
| COLIN NATHANSON | 29308-112 | RALPH O'NEAL III | 18792-075 |
| GUILLERMO NAVARRETE JR | 61801-112 | CHARLES O'NEIL | 61036-004 |
| YAMIL NAVEDO-RAMIREZ | 36027-069 | JOSE ORELLANA MONTALVO | 91380-083 |
| CARLOS NAZARIO-LOPEZ | 69924-018 | FELIX ORTIZ-RODRIGUEZ | 50607-069 |
| JUAN NEGRETE | 26585-380 | HECTOR ORTIZ-TARAZON SR | 68824-308 |
| JESUS NEGRON-ROSSY | 43317-069 | CHARLTON OSBOURNE | 23630-055 |
| JAMES NEKVASIL JR | 04317-027 | OGIESOBA OSULA | 44879-177 |
| DEXTER NELSON | 11964-042 | RUSSELL OTT | 46191-424 |
| JONATHAN NELSON | 34556-177 | CRAIG OTTESON | 54711-177 |
| BENJAMIN NEWMAN | 33313-045 | DONALD OVERFIELD | 14030-067 |
| JOHN NEWTON | 30965-044 | CRUZ OVIEDO | 16368-480 |
| BRIAN NEWTON | 60572-018 | GAIL OWENS | 55119-018 |
| MANUEL NICASIO | 83316-380 | RACHEL PADGETT | 20200-021 |
| MATT NICKA | 01952-122 | LISA PAGE | 22267-026 |
| DARYL NICKERSON | 29444-057 | MICHAEL PAHUTSKI | 12411-058 |
| SHARLEEN NICKLE | 32717-064 | CYNDY PALMA | 63971-380 |
| SHERITA NICKS | 85909-083 | MYRNA PARCON | 49681-177 |
| CHRISTOPHER NIETO | 09256-122 | THOMAS PARENTEAU | 67736-061 |
| ROBERT NIMOCKS | 57045-039 | RONALD PARHAM | 30548-076 |
| MARK NIX | 48352-074 | DARNELL PARKER | 22081-016 |
| GARY NOLEN | 09762-062 | WALIS PARRA-REYES | 18260-021 |
| GEORGE NOONAN | 04248-036 | BABUBHAI PATEL | 46049-039 |
| RODRIGUEZ NORMAN | 91419-083 | MANUELA PAVON | 50607-177 |
| LARRY NORQUIST | 17917-273 | SPENCER PAYNE | 71685-066 |
| KRISTIN NORRIS | 22208-026 | JAMES PAYTON | 03490-033 |
| JOSE NUNEZ | 43507-018 | ROSA PAZOS CINGARI | 60903-018 |
| ADRIAN NUNEZ | 65615-280 | JUAN PECINA | 97459-020 |
| QUEREN-HAPUC OCHOA-ROMERO | 75376-408 | CAROL PEDERSON | 77852-112 |
| WILLIAM OGBONNA | 93445-083 | GEORGE PENA | 67821-018 |
| | | JULIO PENA | 30941-379 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| KARON PEOPLES | 63608-037 | RON PRUITT | 50015-039 |
| BERNARDO PEREZ | 37097-086 | ROBERTO PULIDO | 76825-004 |
| LUZ PEREZ DEMARTINEZ | 15968-049 | DAVID QUINTANA | 15904-028 |
| WILLIAM PERRY | 26474-077 | VICENTE QUIROZ | 91208-308 |
| ROBERT PERRY | 09845-028 | RICHARD RACH III | 14859-088 |
| DAVID PERRY | 30853-009 | CHAD RAGIN | 68352-004 |
| JOSE PERU | 50110-177 | SAIED RAMADAN | 39093-083 |
| DIONE PETITE | 12611-003 | HENRY RAMER | 17787-032 |
| SEAN PETRIE | 55543-039 | LILLIANE RAMIREZ | 69571-112 |
| HUNG PHAN | 56613-177 | DAVID RAMIREZ | 30333-279 |
| RODNEY PHELPS | 21576-032 | ROBERT RAMSEUR | 53900-177 |
| JENNIFER PHILLIPS | 83099-080 | EPHRAIM RAMSEY | 08266-067 |
| SHAWANNA PHIPPS | 33777-058 | GREGORY RAND | 38641-177 |
| ONEIDA PICASSO | 50205-177 | GENA RANDOLPH | 32288-171 |
| NELSON PICHARD-REYES | 65421-053 | FLINT RATLIFF | 16268-171 |
| CLAUDIA PIEDRA | 41545-479 | DEBRA RATLIFF | 17546-280 |
| JUAN PIMENTEL | 51088-408 | JOHNNY READER | 17905-078 |
| ERICK PINERO-ROBLES | 50651-069 | VENTERIA REASON | 13067-104 |
| JOHN PIPKIN | 64455-056 | TAMIR REAVES | 76735-066 |
| MATHIAS PIZANO | 08586-030 | DENISE REDMAN | 27330-180 |
| RICHARD PLATO | 72619-079 | DARA REDMOND | 17862-029 |
| GREGORY PODLUCKY | 30494-068 | JOSEPH REEDER-SHAW | 56147-039 |
| DUSTIN POE | 34527-001 | DAVID REESE | 52139-066 |
| JULIEN POLK | 24638-111 | FREDERICK REEVES | 25040-009 |
| RAUL PORRAS-ACOSTA | 10229-180 | ZENAIDO RENTERIA JR | 69119-112 |
| ROBERT PORTER | 15875-075 | SARAH REYES | 05783-095 |
| KEVIN PORTIE | 17127-035 | MAYRA REYES | 57582-177 |
| ISHMI POWELL | 69585-066 | CRYSTAL REYES | 24740-280 |
| CLISTY PRATT | 55423-177 | DILEAN REYES-RIVERA | 39927-069 |
| MELISSA PRESTON | 11892-480 | MARQUIS REYNOLDS | 67705-060 |
| JOAN PRICE | 20402-021 | APRIL RICE | 18201-026 |
| JEREMIAH PRIDE JR | 77002-061 | GALLOWAY RICH III | 71714-019 |
| DEVANTE PRIOLEAU | 32563-171 | RONALD RICHARD JR | 02381-095 |
| EARL PRITCHARD | 30421-076 | MICHAEL RICHARDSON | 70991-019 |
| HARRY PRITCHETT | 42565-074 | ROGER RICHARDSON | 08602-028 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| KIKO RICHMOND | 85556-083 | JOSEPH ROHE JR | 17004-003 |
| JENNIFER RICHMOND | 98686-379 | OMAR ROJAS | 57547-379 |
| THOMAS RILEY | 24186-044 | BARBARA ROJAS | 14438-104 |
| JAMES RISHER | 19358-018 | BLANCA ROJO | 27546-045 |
| TOBIAS RITESMAN | 17361-273 | ANSWAR ROLLINS JR | 07333-025 |
| LUIS RIVAS | 48463-004 | ROSA ROMAN | 27787-180 |
| PABLO RIVERA | 05914-122 | JUAN ROMAN-POLANCO | 75699-067 |
| JULIO RIVERA | 70625-097 | RICHARD ROSA | 20126-006 |
| LUIS RIVERA-PARES | 49671-069 | FRANCISCO ROSALES | 59027-280 |
| MICHAEL RIVERS | 82085-053 | HECTOR ROSARIO-RIVERA | 39556-069 |
| GERALD ROBERSON | 17546-021 | EVELIO ROSARIO-ROSADO | 49761-069 |
| ONEAL ROBERTS | 64117-053 | | |
| DJAMIL ROBERTS | 15965-028 | CHRISTOPHER ROSE | 14090-179 |
| LENA ROBERTS | 51332-074 | ROGER ROUSSEAU | 03652-104 |
| ANTHONY ROBERTS | 57884-177 | MICHAEL ROYAL | 51341-074 |
| QUINCY ROBERTS | 15621-040 | HENRY ROYER | 25268-111 |
| STEVEN ROBINSON | 11916-087 | DONACIANO RUBALCABA-MIJAREZ | 78316-380 |
| MARIA ROBLES | 44739-013 | SHAWNA RUBY | 18777-030 |
| RANDY ROCKHOLT | 14025-027 | MICHAEL RUDDELL | 55997-177 |
| CYNTHIA RODRIGUEZ | 28803-031 | ANTHONIO RUEDA-AYALA | 19862-111 |
| JENNIFER RODRIGUEZ | 15791-379 | | |
| RAFAEL RODRIGUEZ | 95341-380 | BRENDA RUEHLOW | 17543-029 |
| MARIO RODRIGUEZ | 52813-180 | FERDINAND RUIZ | 59030-066 |
| STEPHANIE RODRIGUEZ | 49750-177 | ANTONIO RUIZ | 61667-004 |
| RUBEN RODRIGUEZ JR | 20243-480 | MARIBEL RUIZ | 26302-078 |
| JOE RODRIGUEZ | 10610-179 | WILLIAM RUNION | 54165-074 |
| ALLAN RODRIGUEZ-CRISPIN | 44365-069 | MEERA SACHDEVA | 16240-043 |
| CLARA RODRIGUEZ-IZNAGA | 15866-032 | ISIAH SADLER | 89404-053 |
| | | JUSTIN SAIN | 53137-074 |
| STEPHANIE RODRIGUEZ-VERDUGO | 66055-408 | SUSAN SALANE | 37270-034 |
| BUFORD ROGERS | 01869-027 | WILLIAM SALES SR | 15035-056 |
| ALFONIZA ROGERS | 09823-003 | SANTOS SALINAS | 58320-380 |
| KENNETH ROGERS | 18196-104 | SANTA SALINAS | 71389-479 |
| JEREMIAH ROGERS | 96309-020 | SANTIAGO SALINAS | 11962-018 |
| JOHN ROGERS | 21111-045 | GARTH SALKEY | 86171-083 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| GREGORY SALLEE | 19573-033 | MANUEL SERRATA | 19425-179 |
| RANDON SALLIS | 04416-063 | SUSANA SERRATO | 16246-059 |
| BARRON SALTER | 14237-003 | NEVIN SHAPIRO | 61311-050 |
| MICHAEL SAMANIEGO | 35329-177 | KINZEY SHAW | 15956-059 |
| ALLYSSA SAMM | 31619-045 | ASHLEE SHAW | 00255-120 |
| JAIME SANCHEZ | 06704-104 | RICHARD SHAW | 56956-019 |
| MAGGIE SANDERS | 33230-058 | JOSEPH SHAYOTA | 50260-298 |
| PAUL SANDERSFELD | 17512-273 | MAQUEL SHELBY | 20067-035 |
| BERNARDO SANTANA | 50816-039 | CURTIS SHELL | 16837-043 |
| JOHN SANTOS | 70462-054 | SCOTT SHELLEY | 07195-509 |
| RAFAEL SANTOS | 26932-050 | BROCK SHELLMAN | 16958-027 |
| BENITO SARABIA | 64868-079 | JOSEPH SHERESHEVSKY | 35857-054 |
| DALTON SARGENT | 21769-026 | SAFARA SHORTMAN | 17107-046 |
| ARNULFO SAUCEDA | 55692-177 | JONATHAN SHOUCAIR | 21591-112 |
| CARLTON SAYERS | 26948-078 | KENNETH SHOULDERS | 47293-424 |
| MANUELE SCATA | 96802-038 | ANTONIO SHUFFORD | 19657-056 |
| JOSEPH SCHABOW | 19892-033 | RICKY SHULL | 13572-025 |
| DAVID SCHAFFER | 46423-044 | CRISTIAN SIBERIO-RIVERA | 76037-066 |
| MICHAEL SCHLAGER | 66734-066 | RACHEL SIDERS | 68023-097 |
| JAMES SCHNEIDER | 16646-104 | ERIC SIERRA | 59046-066 |
| ANGLE SCHUEG | 72344-067 | TIMOTHY SIMMONS | 15682-002 |
| PHILLIP SCOTT | 31131-001 | EVONNE SIMMS | 58983-177 |
| DARRYL SCOTT | 62361-037 | TEDDY SIMS | 07449-104 |
| RANDALL SCOTT | 57796-019 | GEMAL SINGLETON | 71034-050 |
| ZACHARY SCRUGGS | 16320-028 | CHERYL SINGLETON | 69550-019 |
| TIMOTHY SEABURY | 11910-003 | DUANE SLADE | 36995-280 |
| CLAY SEALS JR | 52544-074 | JERIEL SLAY | 28305-055 |
| JOANNE SEELEY | 42801-177 | ROCKY SLOAN | 17722-029 |
| RONNIE SEGER | 14631-010 | RUDOLPH SMALL | 64572-060 |
| JOSE SEGOVIA | 35342-080 | CORDNEY SMITH | 11899-030 |
| GARY SELLERS | 15994-028 | EUGENE SMITH III | 54978-039 |
| JAYMIE SELLERS | 46028-177 | PATRICK SMITH | 63919-037 |
| CESAR SEQUEN RODRIGUEZ | 67973-018 | DUSTIN SMITH | 35801-001 |
| RALPH SERGO | 15541-104 | KEVIN SMITH | 30323-076 |
| JUAN SERRANO-NIEVES | 50078-069 | CHRISTINA SMITH | 70918-019 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| JOHN SMITH | 08708-028 | PAMELA TABATT | 41795-044 |
| WILLIE SMITH III | 97911-020 | TERRY TAKIMOTO | 55462-048 |
| PATRICIA SMITH SLEDGE | 63764-112 | TERRENCE TALIFERRO | 11362-026 |
| JAMES SNOWDEN III | 24803-171 | SALVADOR TAMAYO JR | 69589-280 |
| BELKIS SOCA-FERNANDEZ | 67590-018 | AYLWIN TAN | 99187-198 |
| ABDEL SOLIMAN | 67808-053 | EVERETT TARR | 11305-028 |
| KENNETH SOLOMAN SR | 61113-018 | STEVEN TAYLOR | 26276-086 |
| CURTIS SOMOZA | 43619-112 | BARRY TAYLOR | 32452-058 |
| EGLAEL SOTO | 27615-078 | QUINCY TAYLOR | 63093-037 |
| SUHEIDY SOTO-CONCEPCION | 72848-067 | OMAR TEAGLE | 60508-066 |
| ADRIANO SOTOMAYOR | 19312-050 | KEELEON TENNARD | 73012-279 |
| MARK SPANGLER | 42280-086 | BRADLEY THAYER | 16800-273 |
| JASMINE SPENCE | 54863-177 | AMBER THIELE | 40256-044 |
| STEVEN SPENCER | 23545-055 | JACKIE THIELEN | 18774-030 |
| KELLY SPINKS | 15730-028 | MICHAEL THOMAS | 17431-027 |
| REBECCA SPINLER | 19680-023 | CRYSTAL THOMAS | 27832-078 |
| COLIN SPOTTED ELK | 10049-273 | LEROY THOMAS | 15993-028 |
| DEON STEAVE | 33806-068 | JAYCIE THOMAS | 20827-043 |
| ERICA STEFFENS | 49497-048 | DAMIEN THOMAS | 58328-037 |
| SHANE STEIGER | 32746-177 | DEBORAH THOMAS | 20033-104 |
| SHAWNELL STENGEL | 29509-031 | TARA THOMASON | 33906-171 |
| EVERT STEPHEN | 03103-104 | DANNY THOMPSON | 25582-076 |
| MATT STEWART | 42018-039 | THERON THOMPSON | 51081-056 |
| JAMES STEWART-CARRASQUILLO | 49767-069 | DONALD THOMPSON | 25611-509 |
| CYNTHIA STIGER | 44137-177 | WILLIAM THOMPSON | 66065-056 |
| DAVID STOCKS | 70935-019 | QUENTIN THOMPSON | 26134-044 |
| CLINTON STOWERS | 70075-019 | GREGORY THOMPSON | 21460-043 |
| SHALIEK STROMAN | 72372-067 | DEVON THOMPSON | 64549-037 |
| KENYA STRONG | 69530-018 | SHAHEED THOMPSON | 83286-004 |
| RODERICK STRONG | 14725-171 | DIANE THOMSEN | 17293-273 |
| MICHAEL SUBLETT | 15853-028 | MURRAY TODD | 66088-056 |
| MARCUS SULLIVAN | 18239-026 | STEVEN TOMERSHEA | 10489-084 |
| DUSTIN SULLIVAN | 17459-030 | DAVID TONEY | 69707-066 |
| CHRISTOPHER SWARTZ | 24404-052 | TONYA TOPEL | 32708-045 |
| | | ROBERT TORRES | 64789-056 |

| Name | Reg. No. |
|------|----------|
| PATRICIA TORRES | 83827-380 |
| OLGA TORRES-SOREANO | 60120-180 |
| CARLTON TOWNS | 51382-039 |
| ERIC TOWNSEND | 00875-120 |
| MILLICENT TRAYLOR | 54745-039 |
| RANDALL TREADWELL | 94385-198 |
| RAMIRO TREVIZO-GRANILLO | 42020-051 |
| DALTON TRUAX | 15179-010 |
| JAVIER TRUJILLO | 80563-298 |
| MICHELLE TRUONG | 69235-097 |
| EMMITT TUCKER | 19752-085 |
| ANDREW TUCKER-MORENO | 16605-029 |
| CRYSTAL TUNNING | 96989-004 |
| ANGELICA TUPPER | 15417-033 |
| JAMES TUREK | 14810-032 |
| TORRENCE TURNER | 26581-009 |
| JAMES TURNER | 14154-002 |
| TIMOTHY TYSON JR | 88269-020 |
| CARRIE TYSON | 12126-056 |
| MICHAEL URBAN | 55560-177 |
| BALMORE URBANO | 47582-424 |
| KAVEH VAHEDI | 62844-112 |
| MOSES VALDEZ | 31389-064 |
| ERIC VALDEZ | 31390-064 |
| SIGIFREDO VALDEZ | 31392-064 |
| GABRIELLA VALDEZ | 30064-047 |
| JOSE VALDEZ | 90547-380 |
| JESSICA VAN DYKE | 50378-044 |
| CHARLES VANATTA | 12652-028 |
| WILLIAM VANATTI | 17511-029 |
| CRYSTAL VARA | 89830-380 |
| ALAN VARGAS-GALLEGOS | 75863-408 |
| GOODWIN VARGAS-GONZALEZ | 46602-069 |

| Name | Reg. No. |
|------|----------|
| THOMAS VASCONCELLOS | 09310-122 |
| JUSTIN VASEY | 18208-030 |
| JESUS VAZQUEZ | 14275-018 |
| ALFONZ VEI | 16191-049 |
| SANTIAGO VELIZ | 50003-177 |
| FRANK VENNES JR | 05123-059 |
| DAVID VIGIL | 75930-097 |
| FRANK VILLA | 06717-196 |
| KEITH VINSON | 27369-058 |
| JASON VOTROBEK | 62966-019 |
| JOHN WAKEFIELD | 15428-002 |
| SALVADOR WALKER | 67515-098 |
| TIFFANY WALLACE | 26333-075 |
| NANCY WARD | 23259-077 |
| JAMES WARD | 54604-074 |
| LAUREN WARD | 00802-120 |
| JAZZMAN WARREN | 19736-033 |
| LEE WATKINS | 19768-035 |
| CLARENCE WATSON JR | 19125-033 |
| JAY WATSON | 46768-177 |
| EDWIN WATSON | 37363-034 |
| TERESA WATSON | 31981-064 |
| ROBERT WATSON | 72972-279 |
| KURT WAYNE | 39857-177 |
| GREGORY WEBB | 47129-424 |
| BOBBY WELLS | 49355-048 |
| PERRY WELLS | 86769-054 |
| DAVID WELLS | 53664-074 |
| MICHAEL WELLS | 26621-044 |
| KIM WESLEY | 88707-020 |
| DENNIS WESTBROOK | 21560-045 |
| JOHNNY WHITE | 45312-177 |
| AUNDRAY WHITE | 76026-054 |
| CANDACE WHITE | 91235-083 |
| TIMOTHY WHITE | 19254-097 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| DEMOND WHITE | 46461-074 | FREDRICK WILLIAMS | 21106-017 |
| LAWRENCE WHITE II | 33927-057 | SHAWN WILLIAMS | 59172-018 |
| TRAVIS WHITE | 73171-279 | AALIYAH WILLIAMSON | 20561-043 |
| CHARLES WHITE | 40355-424 | KNOGS WILLS | 27741-078 |
| TONY WHITE EVERETTE | 65417-056 | ALDEN WILSON | 16326-046 |
| DARIUS WILLIAM | 27904-078 | JOHN WILSON | 57046-018 |
| REBECCA WILLIAMS | 21580-084 | RICHARD WIMBLEY | 31515-074 |
| DAVID WILLIAMS | 56324-177 | PEDRO WIPP-KELLEY | 44289-069 |
| ROBIN WILLIAMS | 59010-177 | CHRISTOPHER WOOD | 18155-040 |
| TRACY WILLIAMS | 69527-018 | ERIN WOODS | 20701-043 |
| JERMAINE WILLIAMS | 35374-068 | MARSHANE WOODS | 20398-074 |
| DAVID WILLIAMS | 43076-039 | RASHAD WOODSIDE | 01607-104 |
| CIARA WILLIAMS | 27560-078 | AMBER WORRELL | 84297-408 |
| CHRISTOPHER WILLIAMS | 51600-074 | PEGGY WORTHINGTON | 18407-030 |
| LAMONT WILLIAMS | 48343-066 | CHARLES WYATT | 34961-001 |
| LAVELL WILLIAMS | 08665-030 | CHRISTOPHER YEAGLEY | 85126-054 |
| GARY WILLIAMS | 21195-032 | JEFFREY YOHAI | 75866-112 |
| STEVEN WILLIAMS | 91120-054 | SHALEI YOUNG | 19535-023 |
| BETTYE WILLIAMS | 92623-083 | JOSHUA YOUNG | 16029-059 |
| DEREK WILLIAMS | 35289-054 | LISA YRDANOFF | 56282-177 |
| HERMAN WILLIAMS | 09877-021 | JOSE ZAVALA | 07151-017 |
| ANTHONY WILLIAMS | 71167-019 | CALVIN ZEIGLER | 19490-052 |
| OCTAVIUS WILLIAMS | 49841-177 | MIKHAIL ZEMLYANSKY | 66544-054 |
| DION WILLIAMS | 80352-083 | EDWARD ZINNER | 48591-066 |
| JOSEPH WILLIAMS | 01947-017 | PERLA ZUNIGA | 28160-379 |
| AARON WILLIAMS | 40727-424 | ENRIQUE ZUNIGA | 17910-030 |
| DONNA WILLIAMS | 14756-010 | | |
| EARL WILLIAMS JR | 11386-089 | | |
| JDONTA WILLIAMS | 24459-009 | | |

**I HEREBY FURTHER COMMUTE** the total sentence of confinement that each of the following named persons is now serving, to expire on **April 11, 2025**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all of its conditions and all other components of each respective sentence. Nothing in this grant of clemency should be presumed to interfere with, or supersede, the Bureau of Prisons' authority to oversee each person's confinement, pursuant to the terms set forth in this grant of clemency. Each person shall remain subject to all ordinary disciplinary rules. The following persons are recipients of this grant of clemency:

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| JAIME AIRD | 57707-004 | CHARLES GOFF JR | 42572-061 |
| ANA ALVAREZ | 81092-004 | FRANCISCO GONZALES | 47204-177 |
| EDUARDO ALVAREZ-MARQUEZ | 15733-112 | JOSEPHINE GRAY | 37156-037 |
| SUSAN ANDERSON | 09351-021 | ROGELIO GUERRERO | 95371-079 |
| DIMITRY ARONSHTEIN | 64428-054 | TAMRAL GUZMAN | 43512-074 |
| GREGORY BARTKO | 61509-019 | JOSE GUZMAN JR | 09575-032 |
| SHANE BEGLEY | 16165-032 | LAWRENCE HABERMAN | 36897-177 |
| TASHA BLACKBURN | 10417-003 | JUDY HARMON | 17940-042 |
| TIMOTHY BRADLEY | 43080-074 | WENDY HECHTMAN | 30350-047 |
| TRAVIS BROUGHTON | 40626-509 | TAMEE HENEGAR | 42217-074 |
| FRANKLIN BROWN | 40612-424 | CHRISTY HINES | 45933-074 |
| MILTON CARBE | 66325-079 | MARK HUNT | 47879-177 |
| JUAN CARRASCO | 38885-177 | REBECCA JACKSON | 35684-177 |
| TERRENCE CARTER | 40030-424 | BILLY JEFFERSON JR | 83653-083 |
| PAUL CASS | 26342-001 | SHAFT JONES | 04688-027 |
| RUBEN CASTANEDA | 83640-079 | CHRISTOPHER JOSEPH | 33190-034 |
| NICOLE CLARK | 83942-083 | BENNY JUDAH | 38878-177 |
| JUAN CRUZ | 30864-177 | KAREN KALLEN-ZURY | 00857-104 |
| ANTHONY DESALVO | 51480-074 | JAMES KING | 39491-039 |
| MICHAEL DIFALCO | 58132-018 | LONNIE LANDON | 19661-078 |
| JAMES DIMORA | 56275-060 | WON LEE | 73411-004 |
| EDWIN DISLA | 31120-069 | JOSEPH LESE | 50658-018 |
| KRISTINA ERICKSON | 12929-059 | KEITH LEWIS | 22457-055 |
| JEROME FLETCHER | 87729-020 | SAMUEL LLOYD | 62640-019 |
| JUAN FLORES | 20402-052 | ERNEST LOPEZ | 80125-280 |
| RICHARD GALIMBERTI | 68520-054 | ANDREW MACKEY | 72284-053 |
| GERRICK GAMBRELL | 50140-037 | VICTOR MARIN | 28551-034 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| HOMERO MARTINEZ | 45120-177 | ERNEST SINGLETON | 16051-032 |
| STEPHANIE MCCLUNG | 15391-088 | RICARDO SMITH | 07005-032 |
| GARY MCDUFF | 59934-079 | WALTER SORRELLS | 25229-045 |
| THOMAS MCGLON | 38887-019 | JO ANN SPECK-EDGMON | 48841-177 |
| RORY MEEKS | 06138-029 | JERMAINE SPEED | 19676-026 |
| VICTOR MENDOZA | 14194-180 | DEMETRIUS SPENCE | 55200-056 |
| FRANCISCO MENDOZA | 48863-180 | JOAQUIN SUAREZ-FLORES | 47620-112 |
| THOMAS MOOTY | 69022-066 | BARRY SULLIVAN | 10418-003 |
| DORA MOREIRA | 03240-104 | JOSEPH SWAFFORD | 41045-074 |
| DAVID MORROW | 21500-076 | LARRY TALLENT | 41538-074 |
| BRYAN NOEL | 23585-058 | FLAVIO TAMEZ | 14812-379 |
| CLIFFORD NOEL | 34605-183 | DUJUAN THOMAS | 82036-083 |
| CASEY PAINTER | 33886-177 | CHADWICK THOMPSON | 07787-078 |
| REBECCA PARRETT | 85489-008 | JOSE TOBIAS | 77041-279 |
| JULIUS PINKSTON | 42008-019 | GUMARO TORRES-LEON | 34322-013 |
| LEITSCHA PONCEDELEON | 27916-055 | RAFAEL UBIETA | 00725-104 |
| MARTIN PUENTES JR | 24131-077 | VIDALE WALKER | 20849-076 |
| SONNY RAMDEO | 80568-053 | RONALD WALSTROM | 01784-029 |
| MICHAEL RIOLO | 73455-004 | DONNELL WALTERS | 16469-078 |
| RALPH ROMERO | 07528-027 | KENNETH WASHINGTON | 09016-035 |
| SPECK ROSS | 19973-077 | DANIEL WATLINGTON | 24928-056 |
| BRIAN ROWE | 63555-054 | STEPHON WILLIAMS | 97072-020 |
| MICHAEL RYERSON | 32587-074 | RONNIE WILSON | 24023-171 |
| JOE SANDOVAL | 49735-177 | | |
| FRANCESK SHKAMBI | 46728-039 | | |

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each person to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this 12th day of December in the year of our Lord Two Thousand and Twenty-Four and of the Independence of the United States the Two Hundred and Forty-Ninth.*

**JOSEPH R. BIDEN JR.**
**President**